IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-03302-MSK-MJW

MICHAEL D. WALDEN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA, INC., a New York corporation transacting business in Colorado, a/k/a MetLife, Inc.;
HONEYWELL, INC., a Delaware corporation business in Colorado; and the ERISA plan administrator (identity unknown/undisclosed at this time and if applicable),

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 26th day of December, 2013.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court