IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03302-WYD-MJW

MICHAEL D. WALDEN,

Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICAN, INC.,
a/k/a "METLIFE, INC.", a New York corporation transacting business in Colorado;
HONEYWELL, INC., a Delaware corporation transacting business in Colorado; and
THE ERISA PLAN ADMINISTRATOR (identity unknown/undisclosed at this time, and
if applicable),

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Plaintiff's Motion to Reschedule Scheduling Conference (Docket No. 9) is granted to the extent that the Scheduling Conference set on February 24, 2014, at 10:00 a.m. is VACATED.  It is, however, further

   ORDERED that a Status Conference will instead be held on February 24, 2014, at 10:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  **Plaintiff's counsel shall appear in person.**  It is further

   ORDERED that plaintiff shall forthwith serve the defendants.

Date: February 20, 2014