IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03302-WYD-MJW

MICHAEL D. WALDEN,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA, INC., a New York
corporation transacting business in Colorado, a/k/a MetLife, Inc.;
HONEYWELL, INC., a Delaware corporation transacting business in Colorado; and the
ERISA plan administrator (identity unknown/undisclosed at this time, and if applicable);

      Defendants.

---

### ORDER

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss

Party-Defendant Honeywell, Inc. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed April 8,

2014.  After a careful review of the stipulated motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss Party-Defendant Honeywell, Inc.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 26) is **GRANTED**.  Defendant

Honeywell, Inc., also known as Honeywell International, Inc., is **DISMISSED WITH**

**PREJUDICE** and shall hereafter be taken off the caption.  Each party shall pay their own

respective costs and fees.

      Dated:  April 8, 2014

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge