IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03302-WYD-MJW

MICHAEL D. WALDEN,

Plaintiff(s),

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICAN, INC.,
a/k/a "METLIFE, INC.", a New York corporation transacting business in Colorado;
THE ERISA PLAN ADMINISTRATOR (identity unknown/undisclosed at this time, and if applicable),

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion to Stay Scheduling Order Deadlines (docket no. 33) is GRANTED for those reasons as outlined in the subject motion (docket no. 33) which this court incorporates by reference.  The Scheduling Order Deadlines are STAYED pending resolution of the pending Defendant's Motion to Dismiss (docket no. 27) by Senior District Judge Daniel.

It is FURTHER ORDERED that the parties shall file a written status report concerning the pending Defendant's Motion to Dismiss (docket no. 27) on the first day of each month beginning July 1, 2014.

Date: May 29, 2014