IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03302-WYD-MJW

MICHAEL D. WALDEN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA, INC., a New York corporation transacting business in Colorado, a/k/a MetLife, Inc.; and the ERISA plan administrator (identity unknown/undisclosed at this time, and if applicable),

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal of Defendant Honeywell, Inc. and Defendant ERISA Plan Administrator filed January 22, 2015 (ECF No. 53), it is

ORDERED that Defendant ERISA Plan Administrator is **DISMISSED** and shall hereafter be taken off the caption.  Defendant Honeywell, Inc. was previously dismissed with prejudice by Order of April 8, 2014 (ECF No. 28).

Dated:  January 22, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge